IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD J. PEREZ, Regional Director of the Fourteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH'S ARK PROCESSORS, LLC d/b/a WR RESERVE,<br><br>Defendant. | 4:19-CV-3016<br><br>ORDER |

This matter is before the Court on the plaintiff's complaint (filing 1), brief in support of expedited injunctive relief (filing 2), and motion for hearing on affidavits (filing 4), which the Court understands to be asking for preliminary injunctive relief based on the brief and index of evidence (filing 3) already filed.

The parties are advised that in this district, in general, the Court "does not allow oral argument or evidentiary hearings on motions." NECivR 7.1(d). Accordingly, the plaintiff's request for a ruling based on the briefs and evidence filed will be granted unless the defendant shows "why argument or a hearing is necessary." *Id*. The Court is also persuaded that expedited consideration is warranted. Accordingly, the Court will set an expedited briefing schedule.

IT IS ORDERED:

1. The defendant shall respond to the plaintiff's request for injunctive relief, with a brief and index of supporting evidence (if any), on or before <u>March 4, 2019</u>.

2. The plaintiff may reply in support of its request for injunctive relief on or before March 7, 2019, or may waive reply, at which time the matter will be submitted.

3. At or before the time the matter is submitted, the plaintiff shall provide the Court with a proposed order as provided by NECivR 7.2.

4. The Clerk of the Court shall provide a copy of this order, by email, to Jerry Pigsley <jpigsley@woodsaitken.com> and Frederick Zarate <fez@blake_uhlig.com>.

5. The plaintiff shall promptly serve the defendant with a copy of this order as provided by Fed. R. Civ. P. 5.

Dated this 25th day of February, 2019.

                                           BY THE COURT:

                                           *John M. Gerrard*
                                           John M. Gerrard
                                           Chief United States District Judge