IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD J. PEREZ, Regional Director of the Fourteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | 4:19-CV-3016 |
| Plaintiff, | |
| vs. | ORDER |
| NOAH'S ARK PROCESSORS, LLC d/b/a WR RESERVE, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion for hearing on affidavits (filing 4), which the Court understands to be asking for preliminary injunctive relief based on the brief and index of evidence (filing 3) already filed. Based on the defendant's response to that motion (filing 8) and the plaintiff's reply brief (filing 11), it appears the parties agree that the Court should defer any decision regarding injunctive relief until the plaintiff can provide the Court with the administrative record to be generated at an upcoming hearing before the National Labor Relations Board. *See* filing 11 at 2.

IT IS ORDERED:

1.    As soon as is practicable, the plaintiff shall provide the Court with the administrative record from the NLRB hearing scheduled to begin on March 18, 2019, along with any additional evidence the plaintiff believes relevant to the Court's determination on injunctive relief.

2.  Upon filing the administrative record, the plaintiff shall also file a supplementary brief summarizing the NLRB proceedings, and addressing any additional issues arising out of those proceedings.

3.  Within 7 days of the filing of the administrative record and plaintiff's brief, the defendant may file a brief in response and any additional evidence the defendant believes relevant to the Court's determination on injunctive relief, at which time the matter will be resubmitted.

4.  The parties may seek extension or modification of this schedule by appropriate motion.

Dated this 15th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge