IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAULA S. SAWYER,[1] Acting Regional Director of the Fourteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>     Petitioner,<br><br>vs.<br><br>NOAH'S ARK PROCESSORS, LLC d/b/a WR RESERVE,<br><br>     Respondent. | 4:19-CV-3016<br><br>ORDER TO SHOW CAUSE |

IT IS ORDERED:

1. The Clerk of the Court is directed to substitute Paula S. Sawyer, Acting Regional Director of the Fourteenth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, as the petitioner.

2. The respondent is ordered to respond to the petitioner's motion for civil contempt (filing 26) on or before <u>September 30, 2019</u>, and show cause why it should not be held in contempt of this Court for having violated the terms of the

---

[1] Paula S. Sawyer is now the Acting Regional Director of the Fourteenth Region of the NLRB, and will be automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

preliminary injunction entered by this Court's Memorandum and Order of May 10, 2019 (filing 21).

3. The petitioner may reply in support of her motion for contempt (filing 26) on or before October 7, 2019.

4. The petitioner's motion for oral argument (filing 29) is denied without prejudice to the Court's later determination that oral argument or an evidentiary hearing are necessary to the Court's disposition of the petitioner's motion.

Dated this 18th day of September, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge